AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

**FILED**
**JUN 11 2019**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PRAVENCAL, WARREN C | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br>CM/ECF Case No. 5:18-PO-00113-JDG<br>Case No.   ON60   6462506<br>USM No.<br>Jeffrey B. Lazarus<br>Defendant's Attorney |

**THE DEFENDANT:** PRAVENCAL, WARREN C

☑ **THE DEFENDANT** pleaded guilty to count(s) __1__

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.2(b) | Operating Motor Vehicle on Suspended License | 06/24/2018 | 1 |

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

**IMPRISONMENT:** Defendant sentenced to three (3) days in jail, with credit for time served.

**CRIMINAL MONETARY PENALTIES:**
All criminal monetary penalty payments are to be made as directed by the court within 60 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| Total: $50.00 | $ 5.00 | $ 15.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 9572

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:
AKRON, OH

06/10/2019
Date of Imposition of Judgment

_/s/ Jonathan D. Greenberg_
Signature of Judge

Jonathan D. Greenberg, U.S. Magistrate Judge
Name and Title of Judge

06/11/2019
Date